UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| ANDREW LEISE,<br> Plaintiff,<br><br> v.<br><br>VERMONT HUMAN RIGHTS COMMISSION; KEVIN CHRISTIE; BOR YANG; DACAPO PUBLISHING, INC.; JOHN AND JANE DOE I-X<br> Defendants. | Docket No. 2:22-CV-9 |
|---|---|

# HRC DEFENDANTS' EXHIBIT LIST

| No. | Description |
|---|---|
| 1 | HRC Final Determination |
| 2 | Public statement from VSP website |
| 3 | *Miller v. Human Rights Commission*, Case NO. 21-CV-02936 (Docket) |
| 4 | *Miller v. Horwitz*, 21-CV-02935 (Docket) |

1423480.1