# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| ANDREW LEISE <br> *Plaintiff(s)* <br><br> v. <br><br> VERMONT HUMAN RIGHTS COMMISSION; KEVIN CHRISTIE; BOR YANG; DA CAPO PUBLISHING, INC., and JOHN AND JANE DOE I - X <br> *Defendant(s)* | Civil Action No.   2:22-cv-9 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Entry Order (Document No. 95) filed August 10, 2023, defendant Vermont Human Rights Commission's ("VHRC") Motion for Judgment (Document No. 72) is GRANTED under Fed.R.Civ.P. 54(b). Previously, pursuant to the court's Opinion and Order (Document No. 66) filed March 24, 2023, defendants VHRC, Kevin Christie and Bor Yang's Motion to Dismiss (Document No. 34) was GRANTED IN PART AND DENIED IN PART. All claims against VHRC are DISMISSED.

Date:   August 10, 2023

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   8/10/2023

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*